No. 00–1247. LEJEUNE v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 00–1267. ROGERS v. UNITED STATES. C. A. Armed Forces. Certiorari denied. 

No. 00–1269. ALLEN v. UNITED STATES. C. A. Armed Forces. Certiorari denied. 

No. 00–6368. DILLARD v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 00–6561. DAVENPORT v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–6732. MARTIN v. TAYLOR, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–6980. LEE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–7133. MELSON v. ALABAMA. Sup. Ct. Ala. Certiorari denied. 

No. 00–7167. BAKER v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–7255. WHITEHEAD v. ALABAMA. Sup. Ct. Ala. Certiorari denied. 

No. 00–7270. MANNING v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. 

No. 00–7297. KEEN v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied. 

No. 00–7311. HYDE v. ALABAMA. Sup. Ct. Ala. Certiorari denied. 

No. 00–7312. HAMMONDS v. ALABAMA. Sup. Ct. Ala. Certiorari denied. 

No. 00–7391. DAMPER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.